UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Christopher S. Martone, ESQ.
Martone & Associates, LLC
2500 Lemoine Avenue
Fort Lee, New Jersey 07024
Tel. 201-944-5004
Email: martonelaw@gmail.com

In Re:

Adalberto Vasquez

**Order Filed on June 1, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-16325 (SLM)

Chapter: 13

Judge: Stacey L. Meisel

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 1, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  01/27/2020         :

Property:     101 East Madison Avenue, Dumont, NJ 07628

Creditor:     Deutsche (PHH is servicer)

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  the debtor        , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  06/24/2020        .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2